IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HEATHER GIBSON | * |
|    Plaintiff | * |
| v. | *   Case No.: |
| MARCO TECHNOLOGIES, LLC, et al. | * |
|    Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Marco Technologies, LLC and David Porter, Defendants, by their attorneys, Matthew T. Angotti and Alyson Parker-Kierzewski, pursuant to 28 U.S.C. 1441, *et seq.*, hereby remove the above captioned matter to this court from the Circuit Court of Maryland for Cecil County, and for good cause states as follows:

1. Plaintiff, Heather Gibson, has sued Defendants, Marco Technologies, LLC and David Porter, alleging responsibility for negligence and other wrongs as a result of aa automobile accident in Anne Arundel County, Maryland. A copy of all pleadings filed in the Circuit Court of Maryland for Cecil County are attached hereto as Exhibit A.

2. This matter is removable to this court based upon diversity of citizenship as the Plaintiff, Heather Gibson, is alleged to be a resident Annapolis, Maryland.  Defendant Marco Technologies, LLC is a Minnesota limited liability company with no Maryland members and its principal office in St. Cloud, Minnesota. David Porter is a resident of Montoursville, Pennsylvania. Plaintiff seeks in excess of $75,000.00 in recovery.

3. Defendant Marco Technologies, LLC was served a copy of the Complaint on November 19, 2020. Defendant David Porter was served a copy of the Complaint on November 24, 2020.

**WHEREFORE**, Defendant Marco Technologies, LLC and Defendant David Porter hereby pray the above captioned matter be removed to this court.

                                           */s/ Matthew T. Angotti*
Matthew T. Angotti, (MD Bar No. 5949)
Anderson Coe King, LLP
7 St. Paul Street, Ste. 1600
Baltimore, MD 21202
Ph.: (410) 752-1630 / Fx: (410) 752-0085
angotti@acklaw.com
*Attorneys for Defendants, Marco Technologies, LLC and David Porter*

                                           */s/ Alyson Parker-Kierzewski*
Alyson Parker-Kierzewski (MD Bar No 20635)
Anderson Coe King, LLP
7 St. Paul Street, Ste. 1600
Baltimore, MD 21202
Ph.: (410) 752-1630 / Fx: (410) 752-0085
parker@acklaw.com
*Attorneys for Defendants, Marco Technologies, LLC and David Porter*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December 2020 a copy of Defendant's Notice of Removal was eserved and/or mailed to:

George Psoras, Jr, Esquire
1301 York Road #200
Lutherville, MD 21093
*Attorney for Plaintiff*

                                             */s/ Matthew T. Angotti*
                                    Matthew T. Angotti, (MD Bar No. 5949)