IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HEATHER GIBSON | * | |
| *Plaintiff* | * | |
| vs. | * | Case No.: 1:20-CV-03580-CCB |
| MARCO TECHNOLOGIES, LLC, et al | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **STIPULATION OF DISMISSAL**

Heather Gibson, Plaintiff, by and through her attorneys, Eric S. Lickstein, Esq., and the Law Offices of Rice, Murtha & Psoras, LLC and Defendants, Marco Technologies, LLC and David S. Porter, by and through their attorneys, Matthew T. Agnotti, Esq., and Anderson, Coe & King, LLP, pursuant to Federal Rule of Civil Procedure 41 stipulate that this action be dismissed with prejudice as to all claims, causes of action and parties.

| | |
|---|---|
| /s/ Eric S. Lickstein | /s/ Matthew T. Angotti |
| ERIC S. LICKSTEIN, ESQ. | MATTHEW T. ANGOTTI |
| Federal Bar No.: 30107 | Federal Bar No.: 5949 |
| (CPF/AIS: 1112140179) | (CPF/AIS:881250014) |
| Rice, Murtha & Psoras, LLC | Anderson, Coe & King, LLP |
| 1301 York Rd., Suite 200 | 7 St. Paul Street, Ste. 1600 |
| Lutherville, Maryland 21093 | Baltimore, MD 21202 |
| Tel.:   (410) 583-6969 | Tel: (410)-752-1630 |
| Fax:   (410)-583-4706 | Fax: (410)-752-0085 |
| eric@ricelawmd.com | angotti@acklaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

                                                                     Approved. 8/20/21
                                                                     Catherine C. Blake
                                                                     United States District Judge